HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN JORGE, | CASE NO. 2:25-cv-02384-RAJ |
| Plaintiff, | ORDER |
| v. | |
| SMART TRANSPORTATION DIVISION GENERAL COMMITTEE OF ADJUSTMENT GO-001 and BNSF RAILWAY COMPANY, | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff Jonathan Jorge's Motion for Order Directing Service of Process by United States Marshal Pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3) (the "Motion," Dkt. # 8). The Court has reviewed the Motion and the balance of the record. The Court finds that the requirements of Federal Rule of Civil Procedure 4(c)(3) are satisfied. According, the Motion is **GRANTED** and the Court **ORDERS** as follows:

1. The Clerk shall provide to the United States Marshal or Deputy Marshal:

a. two (2) copies of this Order;

b. two (2) copies of the Complaint (Dkt. # 4);

ORDER – 1

c.  one (1) copy of the Summons electronically issued to Defendant BNSF Railway Company ("BNSF") (Dkt. # 6 at 1);

d.  one (1) copy of the Summons electronically issued to Defendant Smart Transportation Division General Committee of Adjustment Go-001 ("Smart Transportation") (Dkt. #6 at 3);

e.  one (1) copy of the Form USM-285 submitted by Plaintiff as to Defendant BNSF (Dkt. #8-1); and

f.  one (1) copy of the Form USM-285 submitted by Plaintiff as to Defendant Smart Transportation (Dkt. #8-2).

2.  The United States Marshal or Deputy Marshal shall serve Defendants BNSF and Smart Transportation with copies of the Summons and Complaint and shall file proof of service once completed.

3.  The Court extends the time for service under Federal Rule of Civil Procedure 4(m) to **July 13, 2026**.

The Clerk shall provide a copy of this Order to Plaintiff.

Dated this 13th day of April, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2